# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 22  AM 9: 07

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:  4:05CR00018-1 |
| Glenn McCloud | ) USM No:  12088-021 |
| Date of Original Judgment: April 28, 2005 | ) |
| Date of Previous Amended Judgment: October 3, 2013 | ) William G. Bell, III |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____240_____ months **is reduced to** _____235_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___April 28, 2005___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/22/15

_____
Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*