IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR 405-018-001 |
| | * | |
| GLENN MCCLOUD | * | |

**ORDER**

On August 31, 2015, Defendant Glenn McCloud filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 782 to the United States Sentencing Guidelines. On October 22, 2015, this Court granted his motion reducing his prison term by five months.[1] (Doc. No. 92.) Presently, McCloud has filed a motion for reconsideration seeking a sentence at the low end of the new guideline range.

The reduction of sentence under § 3582(c) is a matter within this Court's sound judicial discretion. United States v. Vautier, 144 F.3d 756, 760 (11th Cir. 1998) ("Both the

---

[1] On November 2, 2015, the Court received a three-page letter motion from McCloud seeking a sentence reduction under Amendment 782. Attached to the letter are several exhibits including McCloud's inmate disciplinary record and education transcript. McCloud wrote the letter on October 22, 2015, the same day the Court granted his motion, obviously without the benefit of the Court's ruling. Because the motion to reduce sentence has already been ruled upon, the letter motion filed on November 2, 2015 (doc. no. 93) is **DENIED AS MOOT**.

language of § 3582(c)(2) and this circuit's precedent indicate that the sentencing court's power to reduce sentence is discretionary."). In considering McCloud's motion to reduce, I considered all relevant § 3553(a) factors including the need for the sentence to reflect the seriousness of the offense and to protect the public. Now, I have also reviewed McCloud's November 2, 2015 submission (see footnote 1 supra) as well as letters submitted on his behalf. Nevertheless, I remain convinced that a term of 235 months imprisonment is the appropriate societal response to McCloud's conduct. No further reduction is warranted. Accordingly, McCloud's motion for reconsideration (doc. no. 94) is **DENIED.**

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE