# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 MAR 19 AM 11:14 CLERK____ SO. DIST. GA.

United States of America )
v. )
) Case No: 4:05CR00018-1
Glenn McCloud )
) USM No: 12088-021
)
Date of Original Judgment: April 28, 2005 )
Date of Previous Amended Judgment: October 22, 2015 ) William G. Bell, III
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **months is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  October 22, 2015  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/19/2019

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*