UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL 31 PM 3:03

CLERK J. Hodge
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plainitff, | ) | |
| vs | ) | CASE NUMBER  CR405-18-1 |
| GLENN MCCLOUD, | ) | |
| Defendant. | ) | |

## O R D E R

The Appeal of this Court in the above entitled action having been dismissed for failure to prosecute by the U. S. Court of Appeals;

IT IS ORDERED that the Order of the Eleventh Circuit, U. S. Court of Appeals, is made the order of this court.

This __31ST__ day of __July__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA