IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 405-018 |
| | * | |
| GLENN MCCLOUD | * | |

## O R D E R

The Court denied Defendant Glenn McCloud's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) on October 16, 2020. Presently, Defendant has filed a motion for reconsideration. While recognizing Defendant's apparent contrition and heartfelt sentiment expressed in his motion, the Court has carefully and with individualized consideration reached the conclusion that compassionate release is not warranted in this case. Accordingly, Defendant Glenn McCloud's motion for reconsideration (doc. 122) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA