IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA     *
                             *
v.                           *       CR   405-018
                             *
GLENN MCCLOUD                *

**O R D E R**

Defendant Glenn McCloud has filed a motion to reduce his sentence based upon the "Equal Act." As acknowledged by Defendant and pointed out by the Government, the Equal Act of 2021 is merely proposed legislation (see H.R. 1693, 117th Cong. (2021); S. 79, 117th Cong. (2021)), and therefore it has no impact on Defendant's sentence. His motion to reduce sentence (doc. 124) is therefore **DENIED**. The Clerk shall **TERMINATE** the Government's motion to dismiss (doc. 125).

**ORDER ENTERED** at Augusta, Georgia, this __10th__ day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA